| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| SHAWN M. CHRISTIANSON (SBN: 114707)<br>ANGELLA D. YATES (SBN: 245045)<br>BUCHALTER NEMER, A Professional Corporation<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017<br>Tel: (213) 891-0700   Fax: (213) 894-0600<br>Email: schristianson@buchalter.com<br>       ayates@buchalter.com<br>*Attorney for Plaintiff* Kids II, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>BABY TREND, INC.,<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER 6:09-bk-34090-CB<br><br>ADVERSARY NUMBER 1:11-ap-_____-CB |
|---|---|
| KIDS II, INC.,<br><br>Plaintiff(s),<br><br>vs.<br><br>BABY TREND, INC.,<br><br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|

☐ **255 East Temple Street, Los Angeles**      ☐ **411 West Fourth Street, Santa Ana**

☐ **21041 Burbank Boulevard, Woodland Hills**   ☐ **1415 State Street, Santa Barbara**

☒ **3420 Twelfth Street, Riverside**

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: _____
    *Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010 (COA-SA)*

**F 7004-1**



| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Kids II, Inc.<br>555 North Point Center East, Suite 600<br>Alpharetta, GA 30022<br>Telephone: (770) 751-0442 | DEFENDANTS<br>Baby Trend, Inc.<br>1607 South Campus Avenue<br>Ontario, CA 91761 |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>BUCHALTER NEMER, A Professional Corporation<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017<br>Telephone: (213) 891-0700 | ATTORNEYS (If Known)<br>Snell & Wilmer LLP<br>600 Anton Blvd, Ste.1400<br>Costa Mesa, CA 92626-7689<br>Telephone: 714-427-7000 |
| PARTY (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☒ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Plaintiff, Kids II, Inc. brings this action against Defendant, Baby Trend, Inc. for trade dress infringement and dilution under the Trademark Act of 1946, 15 U.S.C. §§ 1501 et seq. (1994) ("Lanham Act"), for copyright infringement under the Copyright Act , 17 U.S.C. § 101 et seq. (the "Copyright Act"), for unfair competition under California unfair competition law, West Ann. Cal. Code § 17200 et seq., and for unjust enrichment.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner – §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☒ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ to be determined |

Other Relief Sought
Costs and attorney's fees.

American LegalNet, Inc.
www.FormsWorkflow.com

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Baby Trend, Inc. | BANKRUPTCY CASE NO.<br>6:09-bk-34090-CB | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | DIVISION OFFICE<br>Riverside | NAME OF JUDGE<br>Catherine E. Bauer |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ Angella D. Yates | | |
| DATE<br>February 15, 2011 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Angella D. Yates | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

American LegalNet, Inc.
www.FormsWorkflow.com

1  | SHAWN M. CHRISTIANSON (SBN: 114707)
2  | ANGELLA D. YATES (SBN: 245045)
   | BUCHALTER NEMER
3  | A Professional Corporation
   | 1000 Wilshire Boulevard, Suite 1500
4  | Los Angeles, CA  90017-2457
   | Telephone: (213) 891-0700
5  | Facsimile: (213) 896-0400
   | Email:  schristianson@buchalter.com
6  |         ayates@buchalter.com

7  | JULIE C. JARED (GEORGIA BAR NO: 801699)
   | WARGO & FRENCH, LLP
8  | 1170 Peachtree St., NE
   | Suite 2020
9  | Atlanta, GA 30309
   | Telephone: (404) 853-1500
10 | Facsimile: (404) 853-1501
   | Email: jjared@wargofrench.com
11 | *Application for Pro Hac Vice Admission Pending*

12 | Attorneys for KIDS II, INC., a Georgia corporation

13

14 | UNITED STATES BANKRUPTCY COURT

15 | CENTRAL DISTRICT OF CALIFORNIA

16 | RIVERSIDE DIVISION

17

18 | In re Baby Trend, Inc.,                    )    Case No.: 6:09-bk-34090-CB
                                               )
19 | Debtor.                                    )    Chapter 11
                                               )
20 | _____              )    Adv. No.
                                               )
21 | Kids II, Inc.,                             )    COMPLAINT
                                               )
22 |          Plaintiff,                        )
                                               )    [Jury Trial Demanded]
23 |                              vs.           )
                                               )
24 | Baby Trend, Inc.,                          )
                                               )
25 |          Defendant                         )
                                               )
26

27

28

1

COMPLAINT

BN 8254470v2

## COMPLAINT

Plaintiff, Kids II, Inc. ("Kids II" or "Plaintiff") brings this action against Defendant, Baby Trend, Inc. ("Baby Trend" or "Defendant"), for trade dress infringement and dilution under the Trademark Act of 1946, 15 U.S.C. §§ 1501 *et seq.* (1994) ("Lanham Act"), for copyright infringement under the Copyright Act , 17 U.S.C. § 101 *et seq.* (the "Copyright Act"), for unfair competition under California unfair competition law, West Ann. Cal. Code § 17200 *et seq.*, and for unjust enrichment, and alleges as follows:

### Jurisdiction and Venue

1.     The matters raised in this adversary proceeding are non-core.  Plaintiff does not consent to entry of final orders or judgments by the bankruptcy court and does not consent to the bankruptcy conducting any trials by jury.  Plaintiff files this adversary proceeding in this Bankruptcy Court, rather than the District Court, in light of the automatic stay presently in force in the bankruptcy case.

2.     Subject matter jurisdiction over Case No. 6:09-bk-34090-CB (the "Bankruptcy Case") exists pursuant to 28 U.S.C. §1334(a).

3.     Venue properly lies in the Court pursuant to 28 U.S.C. § 1409, as the Bankruptcy Case regarding Baby Trend is pending in this district.

### THE PARTIES

4.     Kids II, Inc. is a Georgia corporation with its principal place of business in Alpharetta, Georgia. Kids II is a leading manufacturer of juvenile products, including baby bouncers that it sells to retailers throughout the United States, including retailers in this district.

5.     Upon information and belief, Baby Trend is a California corporation with a principal place of business at 1607 S. Campus Ave., Ontario, California 91761.  Baby Trend sells juvenile products, including baby bouncers, to retailers throughout the United States, including, upon information and belief, to retailers in this district.

6.     On October 9, 2009 (the "Petition Date"), Baby Trend filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. § 101, *et seq.* (the

2

BN 8254470v2

1    "Bankruptcy Code")) with this Court.  As of the filing of this complaint, Baby Trend is a debtor

2    and debtor-in possession of the Bankruptcy Case pending in this Court.

3    **FACTS COMMON TO ALL CLAIMS FOR RELIEF**

4        7.        Kids II is a highly-successful manufacturer of baby bouncers, among other

5    juvenile products, that it markets and sells in interstate commerce under the proprietary brand

6    name, Bright Starts$^{TM}$.  In particular, Kids II has created a baby bouncer marketed as part of the

7    "Comfort and Harmony Collection" that contains innovative, non-functional design components

8    (the "Bright Starts Bouncer").  Those non-functional design components include, but are not

9    limited to, a circular base, a rounded toy bar with a hanging plush flower and lady bug, a front-

10   facing music and vibration unit and a seat pad affixed to a wire frame with a fabric pocket and

11   plastic buckles.  Consumers have come to associate these non-functional design components

12   with the Bright Starts Bouncer.  These design components are displayed prominently on the

13   packaging for the Bright Starts Bouncer, which also contains distinctive trade dress.  The Bright

14   Starts Bouncer and its packaging shall be collectively referred to herein as the "Bright Starts

15   Trade Dress."

16       8.        Baby Trend manufactures, markets and sells a baby bouncer in interstate

17   commerce that bears a confusingly similar imitation of the Bright Starts Trade Dress in both the

18   design of the bouncer itself sold by Baby Trend as well as the packaging accompanying the

19   bouncer.  Pictures of the Bright Starts Trade Dress are attached hereto as Exhibits "A" and "B."

20   Pictures of the confusingly similar bouncer and packaging produced by Baby Trend are attached

21   hereto as Exhibits "C" and "D."

22       9.        Since its introduction on December 1, 2009, the Bright Starts Trade Dress has

23   been very successful in the marketplace.

24       10.       Kids II has devoted substantial time, effort and resources to the development and

25   promotion in the United States of the Bright Starts Trade Dress.  As a result of these promotional

26   efforts, the purchasing public has come to know, rely on, and recognize the Bright Starts

27   Bouncer by the Bright Starts Trade Dress, which distinguishes the Bright Starts Bouncer from

28   those of others.  As a result, the Bright Starts Trade Dress has acquired secondary meaning in the

3

COMPLAINT

BN 8254470v2

1   minds of the consuming public of California and nationwide as identifying or being associated

2   with Kids II exclusively. Because of the consistent quality of the Bright Starts Bouncer

3   marketed in connection with the Bright Starts Trade Dress, Kids II has established valuable

4   goodwill and reputation for the Bright Starts Bouncer.

5          11.    Kids II has sold thousands of units of the Bright Starts Bouncer nationally and

6   internationally featuring the Bright Starts Trade Dress since the inception of the Bright Starts

7   Trade Dress.

8          12.    The bouncer manufactured, distributed, offered for sale and sold by Baby Trend is

9   not manufactured by Kids II, nor is Baby Trend associated or connected with Kids II, or

10  licensed, authorized, sponsored, endorsed or approved by Kids II in any way.

11         13.    Kids II used the Bright Starts Trade Dress extensively and continuously before

12  Baby Trend began using confusingly similar imitations of the Bright Starts Bouncer and its

13  packaging.

14         14.    The bouncer sold by Baby Trend is similar to and competes with goods sold by

15  Kids II, and is sold through overlapping channels of trade. In particular, Baby Trend has

16  identified Kids II's customer base and has intentionally solicited sales to the customers at prices

17  equivalent to or less than the price charged by Kids II for the Bright Starts Bouncer.

18         15.    Baby Trend's use of confusingly similar imitations of the Bright Starts Trade

19  Dress – both in the design of the Baby Trend bouncer and its packaging – is likely to deceive,

20  confuse and mislead purchasers and prospective purchasers into believing that the bouncer sold

21  by Baby Trend is manufactured by, authorized by or in some manner associated with Kids II,

22  which it is not. The likelihood of confusion, mistake and deception engendered by Baby Trend's

23  misappropriation of the Bright Starts Trade Dress is causing irreparable harm to the goodwill

24  symbolized by the Bright Starts Trade Dress and the reputation for quality that it embodies.

25         16.    Baby Trend's activities are likely to cause confusion before, during, and after the

26  time of purchase because purchasers, prospective purchasers and others, viewing Baby Trend's

27  bouncers, and the packaging accompanying that bouncer are likely – due to Baby Trend's use of

28  confusingly similar imitations of the Bright Starts Trade Dress – to mistakenly attribute the

4

COMPLAINT

1  product to Kids II. This is particularly damaging with respect to those persons who perceive a

2  defect or lack of quality in Baby Trend's products. By causing such a likelihood of confusion,

3  mistake and deception, Baby Trend is inflicting irreparable harm to the goodwill symbolized by

4  the Bright Starts Trade Dress, and reputation for quality that it embodies.

5          17.    Upon information and belief, Baby Trend continues to use confusingly similar

6  imitations of Bright Starts Trade Dress in connection with the sale of its bouncer that is directly

7  competitive to the Bright Starts Bouncer offered by Kids II. Baby Trend began selling these

8  imitations well after Kids II established protectable rights to the Bright Starts Trade Dress.

9          18.    Upon information and belief, Baby Trend knowingly, deliberately, willfully,

10  intentionally and maliciously, adopted and used confusingly similar imitations of the Bright

11  Starts Trade Dress.

12                          **FIRST CLAIM FOR RELIEF**

13                  <u>**FEDERAL UNFAIR COMPETITION AS TO TRADE DRESS**</u>

14          19.    Kids II repeats and incorporates by reference the allegations in paragraphs 1

15  through 18.

16          20.    Consumers have come to identify the Bright Starts Trade Dress with Kids II

17  exclusively as the single source of a baby bouncer bearing such trade dress. The components or

18  elements of the Bright Starts Trade Dress are non-utilitarian and non-functional in nature, and

19  have acquired secondary meaning in the marketplace.

20          21.    Baby Trend's use of knockoff duplicates or confusingly similar imitations of the

21  Bright Starts Trade Dress has caused and is likely to cause confusion, deception, and mistake by

22  creating the false and misleading impression that the Baby Trend bouncer is distributed by Kids

23  II, or affiliated, connected, or associated with Kids II or has the sponsorship, endorsement or

24  approval of Kids II.

25          22.    Baby Trend has made false representations, false descriptions and false

26  designations of origin of its goods in violation of 15 U.S.C. § 1125(a), and Baby Trend's

27  activities have caused and, unless enjoined by the Court, will continue to cause a likelihood of

28  confusion and deception to members of the trade and public and, additionally, injury to Kids II's

COMPLAINT

BN 8254470v2

1  goodwill and reputation as symbolized by the Bright Starts Trade Dress, for which Kids II has no

2  adequate remedy at law.

3    23.    Baby Trend's actions demonstrate an intentional, willful, and malicious intent to

4  trade on the goodwill associated with the Bright Starts Trade Dress to the great and irreparable

5  injury of Kids II.

6    24.    Baby Trend's conduct has caused, and is likely to continue causing, substantial

7  injury to the public and to Kids II, and Kids II is entitled to injunctive relief and to recover Baby

8  Trend's profits, actual damages, enhanced profits and damages, costs, and reasonable attorneys'

9  fees pursuant to U.S.C. §§ 1125(a), 1116 and 1117.

10                    **SECOND CLAIM FOR RELIEF**

11                    <u>**FEDERAL DILUTION AS TO TRADE DRESS**</u>

12    25.    Kids II repeats and incorporates by reference the allegations in paragraphs 1

13  through 24.

14    26.    Kids II has extensively and continuously promoted and used the Bright Starts

15  Trade Dress both in the United States and throughout the world, and the Bright Starts Trade

16  Dress has thereby become a famous and well-known indicator of the origin of the Bright Starts

17  Bouncer.

18    27.    Baby Trend is making commercial use in commerce of trade dress that dilutes and

19  is likely to dilute the distinctiveness of the Bright Starts Trade Dress by eroding the public's

20  exclusive identification of this famous Bright Starts Trade Dress with Kids II, tarnishing and

21  degrading the positive associations and prestigious connotations of the Bright Starts Trade Dress,

22  and otherwise lessening the capacity of the Bright Starts Trade Dress to identify and distinguish

23  goods and services.

24    28.    Baby Trend's actions demonstrate an intentional, willful, and malicious intent to

25  trade on the goodwill associated with the Bright Starts Trade Dress or to cause dilution of the

26  Bright Starts Trade Dress, to the great and irreparable injury of Kids II.

27    29.    Baby Trend has caused and will continue to cause irreparable injury to Kids II's

28  goodwill and business reputation, and dilution of the distinctiveness and value of Kids II's

                            6

                                            COMPLAINT

BN 8254470v2

1    famous and distinctive Bright Starts Trade Dress in violation of 15 U.S.C. § 1125(c), and Kids II

2    therefore is entitled to injunctive relief and to Baby Trend's profits, actual damages, enhanced

3    profits and damages, costs, and reasonable attorneys' fees pursuant to 15 U.S.C. §§ 1125(c),

4    1116 and 1117.

5                       **THIRD CLAIM FOR RELIEF**

6         **UNFAIR COMPETITION UNDER CALIFORNIA LAW**

7         30.    Kids II repeats and incorporates by reference the allegations contained in

8    paragraphs 1 through 29.

9         31.     Baby Trend's acts described above constitute unfair competition in violation of

10    West Ann. Cal. Code § 17200 *et seq.*, as they are likely to deceive the public.  Specifically,

11    Baby Trend has been and still is passing off its bouncer as the Bright Starts Bouncer, causing

12    the likelihood of confusion or of misunderstanding as to the source, sponsorship, or approval of

13    Baby Trend's goods, causing a likelihood of confusion as to Baby Trend's affiliation,

14    connection, or association with Kids II, and otherwise deceiving the public.

15         32.     Baby Trend's acts of unfair competition have caused and will continue to cause

16    Kids II irreparable harm.  Kids II has no adequate remedy at law for Baby Trend's unfair

17    competition.

18         33.     Kids II is entitled to a judgment enjoining and restraining Baby Trend from

19    engaging in further unfair competition.

20                       **FOURTH CLAIM FOR RELIEF**

21                       **UNJUST ENRICHMENT**

22         34.     Kids II repeats and incorporates by reference the allegations in paragraphs 1

23    through 33.

24         35.     As a result of the conduct of Baby Trend as set forth herein, Baby Trend has been

25    unjustly enriched at the expense of Kids II and the law thereby implies a contract by which Baby

26    Trend must pay to Kids II the amount by which, in equity and good conscience, Baby Trend has

27    been unjustly enriched at the expense of Kids II.

28

7

COMPLAINT

BN 8254470v2

### FIFTH CLAIM FOR RELIEF

### COPYRIGHT INFRINGEMENT

36.     Kids II repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 35.

37.     At all times relevant hereto, Kids II has produced and owns a written instruction manual reproduced, and distributed by Kids II in connection with its Bright Starts™, Pretty in Pink™ Melodies Bouncer™ (the "Instruction Manual").

38.     Kids II holds a copyright registration certificate from the United States Copyright Office for the Instruction Manual, U.S. Copyright Registration Number TX 7-292-705.

39.     Without authorization, Baby Trends has reproduced and is distributing an instruction manual for its "Trend EZ Bouncer" that misappropriates, in large part, the copyright content found in Kids II's Instruction Manual.

40.     Kids II did not authorize Baby Trend's copying, display or distribution of its Instruction Manual.

41.     Baby Trend infringed the copyrights in Kids II's Instruction Manual by reproducing, by copying, *verbatim*, entire sections of the Kids II Instruction Manual without proper approval or authorization of Plaintiff.

42.     Baby Trend knew the infringed works belonged to Kids II and that they did not have permission to exploit Kids II's works.

43.     Baby Trend knows its acts constitute copyright infringement.

44.     Baby Trend's conduct was willful within the meaning of the Copyright Act.

45.     As a result of their wrongful conduct, Baby Trend is liable to Kids II for copyright infringement pursuant to 17 U.S.C. § 501.  Kids II has suffered, and will continue to suffer, substantial losses, including but not limited to damage to its business reputation and goodwill.

46.     Kids II is entitled to recover damages, which include its losses and any and all profits Baby Trend has made as a result of its wrongful conduct.  17 U.S.C. § 504.  Alternatively, Kids II is entitled to statutory damages under 17 U.S.C. § 504(c).

8

COMPLAINT

1    47.    In addition, because Baby Trend's infringement was willful, the award of

2    statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

3    48.    Kids II is entitled to recovery of its attorneys' fees and costs of suit pursuant to 17

4    U.S.C. § 505.

5    **WHEREFORE**, Kids II prays that:

6    1.    Baby Trend and all its agents, officers, employees, representatives, successors,

7    assigns, attorneys, and all other persons acting for, with, by, through, or under authority from

8    Baby Trend, or in concert or participation with Baby Trend, and each of them, should be

9    enjoined permanently, from:

10    a.    using the Bright Starts Trade Dress, or any other copy, reproduction, or

11    colorable imitation or simulation of the Bright Starts Trade Dress on or in

12    connection with Baby Trend's bouncers;

13    b.    using any trademark, service mark, name, logo, design or source

14    designation of any kind on or in connection with Baby Trend goods that is

15    a copy, reproduction, colorable imitation, or simulation of, or confusingly

16    similar to, or in any way similar to the Bright Starts Trade Dress;

17    c.    using any trademark, service mark, name, logo, design or source

18    designation of any kind on or in connection with Baby Trend that is likely

19    to cause confusion, mistake, deception, or public misunderstanding that

20    such goods or services are produced or provided by Kids II, or are

21    sponsored or authorized by or in any way connected or related to Kids II;

22    d.    using any trademark, service mark, name, logo, design or source;

23    designation of any kind on or in connection with Baby Trend's goods that

24    dilutes or is likely to dilute the distinctiveness of the Bright Starts Trade

25    Dress;

26    e.    passing off, palming off, or assisting in palming off, Baby Trend's

27    bouncer as that of the Bright Starts Bouncer, or otherwise continuing any

28    and all acts of unfair competition as alleged in this Complaint; and

9

COMPLAINT

1           f.     copying, posting, or making any other infringing use or infringing

2                 distribution of any written materials owned by or registered to Kids II;

3       2.     Baby Trend should be ordered to recall all products bearing the Bright Starts

4 Trade Dress or any other confusingly similar mark, which have been shipped by Baby Trend or

5 under its authority, to any customer including, but not limited to, any wholesaler, distributor,

6 retailer, consignor, or marketer and also to deliver to each customer a copy of this Court's order

7 as it relates to said injunctive relief against Baby Trend;

8       3.     Baby Trend should be ordered to deliver for impoundment and for destruction of

9 all bags, boxes, labels, tags, signs, packages, receptacles, advertising, sample books, promotional

10 material, stationery or other materials in the possession, custody, or under the control of Baby

11 Trend that are found to adopt, to infringe, or to dilute the Bright Starts Trade Dress or that

12 otherwise unfairly compete with the Bright Starts Bouncer; Baby Trend should be compelled to

13 account to Kids II for any and all profits derived by Baby Trend from the sale or distribution of

14 infringing goods as described in this Complaint;

15       4.     Kids II should be awarded all damages available under law caused by the acts

16 forming the basis of this Complaint;

17       5.     Based on Baby Trend's knowing and intentional use of confusingly similar

18 imitations of the Bright Starts Trade Dress, the damages award should be trebled and the award

19 of Baby Trend profits should be enhanced as provided by 15 U.S.C. § 1117(a);

20       6.     Baby Trend should be required to pay to Kids II the costs of this action and its

21 reasonable attorneys' fees pursuant to 15 U.S.C. §1117(a);

22       7.     Based on Baby Trend's willful and deliberate infringement and dilution of the

23 Bright Starts Trade Dress, and to deter such conduct in the future, Kids II should be awarded

24 punitive damages;

25       8.     This Court should enter a judgment against Baby Trend that they have willfully

26 infringed Kids II's rights in the Kids II federally registered copyright under 17 U.S.C. § 501;

27

28

COMPLAINT

BN 8254470v2

1    9.    This Court should enter an order of impoundment pursuant to 17 U.S.C. §§ 503

2  and 503(a) impounding all infringing copies of Kids II's copyrighted materials, which are in

3  Baby Trend's possession or under its control;

4    10.    This Court should order Baby Trend to pay Kids II's general, special, actual and

5  statutory damages as follows:  Kids II's damages and Baby Trend's profits pursuant to 17 U.S.C.

6  § 504(b), or in the alternative, enhanced statutory damages pursuant to 17 U.S.C. § 504(c)(2), for

7  Baby Trend's willful infringement of Kids II's copyright;

8    11.    This Court should award all damages available to Kids II as allowed under West

9  Cal. Code Ann. § 17200 *et seq.*;

10    12.    A trial by jury is conducted for all causes of action set forth herein; and

11    13.    Kids II should have such other and further relief as this Court may deem just and

12  proper.

Dated this 15 day of February, 2011.

BUCHALTER NEMER, A
Professional Corporation


By: /s/ Angella D. Yates
SHAWN M. CHRISTIANSON
ANGELLA D. YATES
Attorneys for Plaintiff KIDS II,
INC.

11

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT A

25
26
27
28

COMPLAINT



Exhibit A, Page 000013



Exhibit A, Page 000014



Exhibit A, Page 000015



Exhibit A, Page 000016



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

13

BN 8254470v2







